# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD YOUNG, et al., | : | |
| Plaintiffs, | : | No. 3:22-cv-01599 |
| v. | : | (SAPORITO, M.J.) |
| COZY CREEK FAMILY CAMPGROUND HOLDINGS, L.L.C., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of July, 2023, following a telephone discovery conference with counsel regarding correspondence dated July 12, 2023 (Doc. 39), it is hereby **ORDERED** that the plaintiffs are permitted to file a motion for leave to conduct depositions by remote means under Fed. R. Civ. P. 30(b)(4) and explain the reason for their financial hardship, on or before August 10, 2023.

JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: July 20, 2023